# United States Bankruptcy Court

## District of Connecticut

In re:

Michael P Fronte

Debtor*

Case Number: 18-30724

Chapter: 13

### ORDER CONFIRMING SECOND AMENDED CHAPTER 13 PLAN

The above-named Debtor filed a First Amended Chapter 13 Plan, on October 8, 2018 (ECF No. 23), which was recently modified on January 3, 2019, (the "Second Amended Plan")  (ECF No.  27).  The Second Amended Plan was transmitted to the creditors pursuant to Federal Rule of Bankruptcy Procedure 3015(d).  The Court finds that the Second Amended Plan meets the requirements of 11 U.S.C. § 1325. Accordingly, it is hereby

**ORDERED:** The Debtor's Second Amended Plan is **CONFIRMED** with the following provisions:

Payments shall be made to the Chapter 13 Standing Trustee (the "Trustee"), in the amount of $1062.00  monthly beginning on February 2, 2019, for a period of 60 months, and until a 100.00% dividend is paid; and it is further

**ORDERED**: In addition interest shall be paid, if applicable, as follows: (1) 2.63%, the Federal Judgment Rate, to creditors holding allowed unsecured non-tax claims; (2) 18% interest per annum to creditors holding priority and general unsecured, municipal tax claims; (3) 12% interest per annum to the State of Connecticut Department of Revenue Service's priority and general unsecured state tax claims; and, (4) 6% interest per annum to the Internal Revenue Service's priority and general unsecured, federal tax claims; and it is further

**ORDERED:** The Debtor is to obtain bank or certified checks or money orders drawn in the name of the Trustee and mail payments to the Trustee at the address below on or before each due date until further order of this Court.

**Mail Checks Payable to the Trustee to this Address**
Roberta Napolitano, Chapter 13 Standing Trustee
PO Box 610
Memphis, TN 38101-0610

**ORDERED:** The Debtor's attorney is awarded attorney's fees in the total amount of $3000.00 and expenses in the total amount of $310.00, of which $1310.00 has been paid, leaving $2000.00 due  and payable through the Debtor's confirmed Second Amended Plan.

Dated this 14th day of January, 2019, at New Haven, Connecticut.

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut